UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

ROBERT GRAHAM WARD,                          **<u>INDICTMENT</u>**

        Defendant.
_____/

The Grand Jury charges:

## <u>COUNT 1</u>
(Distribution of Controlled Substances)

On or about January 11, 2025, in Kalkaska County, in the Western District of Michigan, Southern Division, the defendant,

ROBERT GRAHAM WARD,

knowingly and intentionally distributed N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 2
(Possession With Intent to Distribute Controlled Substances)

On or about January 12, 2025, in Kalkaska County, in the Southern Division of the Western District of Michigan, Otsego County, in the Eastern District of Michigan, and elsewhere, the defendant,

ROBERT GRAHAM WARD,

knowingly and intentionally possessed with intent to distribute N-phenyl-N- [1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, and heroin, a Schedule I controlled substance, in a Honda CRV.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 3

(Possession With Intent to Distribute Fentanyl)

From on or about January 12, 2025, continuing through January 13, 2025, in

Kalkaska County, in the Southern Division of the Western District of Michigan, the

defendant,

ROBERT GRAHAM WARD,

knowingly and intentionally possessed with intent to distribute N-phenyl-N- [1-(2-

phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled

substance, in a camper on Valley Road in Rapid City, Michigan.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
VITO S. SOLITRO
Assistant United States Attorney